UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No.  CV 21-07390-MWF (Ex)                     Date:  November 8, 2021
Title:    Steven Hirsch v. Hollywood Unlocked, Inc.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING ACTION WITHOUT PREJUDICE [13]

On September 15, 2021, Plaintiff filed a Complaint against Defendant for copyright violations. (*See generally* Complaint (Docket No. 1)). However, just months earlier, Plaintiff filed a lawsuit against the same Defendant, in this same District, alleging similar copyright violations. *See Steven Hirsch v. Hollywood Unlocked, Inc.*, No. CV 21-5261 MWF (Ex), (C.D. Cal. June 29, 2021).

Rather than adjudicate two related lawsuits in parallel, the Court ordered Plaintiff to file a First Amended Complaint ("FAC") in CV 21-5261 that includes the claims alleged in this Action. (Docket No. 13).

On November 5, 2021, Plaintiff filed a FAC in CV 21-5261 that included the claims alleged in this Action. Accordingly, this Action is **DISMISSED** *without prejudice*.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.